FELTENSTEIN, Appellant, v. ERNST et al., Respondents. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Sidonia Feltenstein against Moritz

L. Ernst and another. M. Feltenstein, for appellant. E. Goldmark, for respondents.

PER CURIAM. Determination affirmed, and judgment absolute directed in favor of defendant, with costs. Order filed.

O'BRIEN, P. J., dissents.